IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY LOUIS NEMETH, JR.,<br><br>Defendant. | Case No. 3:22-cr-00062-JMK<br><br>**ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY** |

A plea agreement was filed in this case at Docket 12. Pursuant to Rules 11 and 59 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Kyle F. Reardon by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the Magistrate Judge at which Mr. Nemeth entered a guilty plea to Count 1 of the Indictment, which is a violation of 18 U.S.C. §§ 922(g)(1), Felon in Possession of a Firearm.

Judge Reardon issued a Final Report and Recommendation at Docket 20, in which he recommended that the District Court accept Defendant's plea of guilty to Count 1 of the Indictment. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count 1 of the Indictment, Felon in Possession of a Firearm. Defendant is adjudged GUILTY of Count 1.

The Imposition of Sentence hearing in this matter is confirmed for February 21, 2023, at 11:00 a.m. in Anchorage Courtroom 3.

DATED this 8th day of November, 2022 at Anchorage, Alaska.

        */s/ Joshua M. Kindred*
        JOSHUA M. KINDRED
        United States District Judge